Stephen E. BRUNS, Plaintiff–
Appellant,

v.

John E. POTTER, Postmaster General,
U.S. Postal Service, Defendant–
Appellee.

No. 07–2125.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 16, 2008.

Decided: Jan. 8, 2009.

Thomas James Gagliardo, The Gagliardo Law Firm, Silver Spring, Maryland, for Appellant. Rod J. Rosenstein, United States Attorney, Ariana Wright Arnold, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Before NIEMEYER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stephen E. Bruns appeals the district court's order granting summary judgment in favor of Defendant on Bruns' claim of retaliation, in violation of the Civil Rights Act of 1964, as amended. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *See Bruns v. Potter*, No. 1:06–cv–01076–JFM, 2007 WL 2454066 (D.Md. Aug. 22, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*